UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO.:  05-152-JMH
*Electronically Filed*

THELMA WITHROW, EXECUTOR OF THE ESTATE                     PLAINTIFF
THOMAS WITHROW

v.                              **MOTION TO COMPEL**

UNITED STATES OF AMERICA                                    DEFENDANT

Pursuant to this Court's Order dated June 12, 2006, "the parties shall file an Agreed Order of Dismissal on or before July 17, 2006." (see Exhibit 1)  On June 9, 2006, the parties informed the Court that settlement had been reached in this matter. (see Exhibit 2)  After the parties reached an agreement regarding the terms of the settlement release, on June 15, 2006, the Plaintiff tendered to the Defendant executed copies of the Settlement Agreement and Release of All Claims. (see Exhibit 3)  Plaintiff had requested the settlement funds be electronically deposited into Plaintiff's escrow account, prior to the Plaintiff agreeing to file an Agreed Order of Dismissal, which is to be filed with this Court by July 17, 2006. (see Exhibit 3)

The parties have been ordered by this Court to file an Agreed Order of Dismissal by July 17, 2006.  However, Plaintiff is weary of filing an Agreed Order of Dismissal, as the Defendant has shown a propensity to not provide settlement proceeds in a timely manner.  Plaintiff's counsel had previously reached an agreement with this same Defendant in late March of 2006 in the matter of <u>Mary Raye Spencer Treadway as Administratrix of the Estate of William Spencer v. USA</u>, Case No. 05-CV-149 JBC.  Plaintiff is still awaiting settlement funds from this same Defendant in that case.

WHEREFORE, Plaintiff respectfully requests this Court to compel payment of settlement proceeds to the Plaintiff.

Respectfully submitted,

/s/ Timothy E. Geertz
TIMOTHY E. GEERTZ
M. AUSTIN MEHR
Austin Mehr Law Offices, P.S.C.
145 West Main Street, Suite 300
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Timothy Elijah Geertz**
  teg@austinmehr.com

- **Thomas Lee Gentry**
  Lee.Gentry@usdoj.gov
  USAKYE.ECFCIVIL@USDOJ.GOV;bonnie.brock@usdoj.gov;
  peggy.rose@usdoj.gov

- **M. Austin Mehr**
  amehr@austinmehr.com  layfield@iglou.com

/s/ Timothy E. Geertz
M. AUSTIN MEHR
TIMOTHY E. GEERTZ
Attorneys for Plaintiff
Austin Mehr Law Offices, P.S.C.
145 West Main Street, Suite 300
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email:  teg@austinmehr.com
