UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**LEXINGTON**

| | |
|---|---|
| THELMA WITHROW, ) <br> EXECUTRIX OF THE ESTATE ) <br> OF THOMAS WITHROW, ) <br> ) Civil Action No. 5:05-152-JMH <br> Plaintiff, ) <br> ) <br> v. ) **ORDER** <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) |

\*\*   \*\*   \*\*   \*\*   \*\*

Having been made aware that the parties have settled the above-styled matter and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

(1) That the parties shall file an Agreed Order of Dismissal on or before July 17, 2006.

(2) That all hearings and schedules in the above-styled case be, and the same hereby are, **CONTINUED GENERALLY**.

This the 12th day of June, 2006.



**Signed By:**

*Joseph M. Hood*
**United States District Judge**



EXHIBIT 1