UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO.: 05-152-JMH
*Electronically Filed*

THELMA WITHROW, EXECUTOR OF THE ESTATE
PLAINTIFF
THOMAS WITHROW

v.  **ORDER**

UNITED STATES OF AMERICA                                             DEFENDANT

The Plaintiff having moved this Court for an Order compelling payment of settlement proceeds, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED Plaintiff's Motion to Compel is GRANTED and Defendant shall tender payment of settlement funds to the Plaintiff within two (2) days of this Order.

Dated this _____ day of _____, 2006.

_____
JUDGE JOSEPH M. HOOD
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION